# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0571

VERSUS

ROCARLDO WEITERS

**AUGUST 17, 2020**

---

In Re:   Rocarldo Weiters, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 4864552.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

    **WRIT DENIED.** The records of the St. Tammany Parish Clerk of Court's Office reflect that the district court denied relator's application for postconviction relief on July 30, 2020.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT